```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12335
   DAVID A RUTHERFORD
   NADIA RUTHERFORD                           CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-2690    SSN XXX-XX-5616
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/11/07 and confirmed on 10/05/07.

   2.  The case was dismissed after confirmation, 09/12/2008.

   3.  The Debtor paid a total of $  24399.61 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EASTERN SAVINGS BANK | CURRENT MORTG | 19425.60 | .00 | 19425.60 |
| EASTERN SAVINGS BANK | MORTGAGE ARRE | 44891.57 | .00 | 1940.87 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 834.95 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 2230.80 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | 288.55 | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATION DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 445.75 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5749.98 | .00 | .00 |
| SPECTRA TOOL INDUSTRIES | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TEK COLLECT CORP | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1503.84 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2135.14 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 291.63 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 635.64 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 851.07 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 64317.17 | .00 | 14967.35 | .00 | 79284.52 |
| PRINCIPAL PAID | 21366.47 | .00 | .00 | .00 | 21366.47 |

```
INTEREST PAID                    .00           .00         .00         .00           .00
TOTAL PAID                  21366.47           .00         .00         .00      21366.47
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   3500.00
and was paid $   1675.00  direct and $   1825.00  through the plan.

The Trustee received $    1208.14 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 07 B 12335 DAVID A RUTHERFORD & NADIA RUTHERFORD